UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-586 |
| | : | |
| FRANCIS CONNOR | : | |
| | : | |
| and ANTONIO FERRIGNO, | : | |
| | : | |
| **Defendants** | : | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT FERRIGNO'S MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this opposition to Defendant Antonio Ferrigno's motion to continue sentencing (ECF No. 49). The Court's Sentencing Scheduling Order, issued April 28, 2022 (ECF No. 38), set this matter for an in-person sentencing hearing on September 1, 2022. Given the number of parties involved in this matter and related matter *United States v. Anton Lunyk*, 21-c-r 410, the proximity of Defendant Ferrigno's motion to the scheduled sentencing date, and the length of time since this Court issued its sentencing scheduling order, the government objects to this sentencing being continued. While the undersigned empathizes with the circumstances prompting counsel for Defendant Ferrigno to request that the sentencing be continued, the undersigned is also not local to the Washington, D.C., area, and has arranged travel to be present in person for the September 1 sentencing.

If the Court is inclined to grant Defendant Ferrigno's motion to continue sentencing, the government respectfully requests that only Defendant Ferrigno's sentencing be continued, and to a date when the parties are available to appear in person. Alternatively—while the government opposes converting all three sentencings to video teleconference hearings—if there is no date on

the Court's calendar when all parties are available to appear in person, the government would not object to Defendant Ferrigno's sentencing being converted to a video teleconference hearing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: _____/s/_____
Kathryn E. Fifield
Trial Attorney
U.S. Department of Justice, Crim. Div.
Detailed to the D.C. U.S. Attorney's Office
601 D St. NW
Washington, D.C. 20530
Kathryn.fifield@usdoj.gov
(202) 320-0048