# EXHIBIT 1

Dear Senator Merkley,

   My name is Francis Connor & I am a young man from Brooklyn, New York. Unfortunately I found myself in the wrong place at the wrong time on January 6th, 2021, I entered the Capitol Building with zero harmful intent, just curiosity as to what was going on around me. As I walked in to an open door on my left, I found myself in a senator's office which I later found out to be yourself. Nothing was stolen or vandalized, I was just caught on a live feed looking through some books on your bookshelf. That video and my presence there that day in general is not the best way I'd like to be characterized. If I knew that was a senator's office, I wouldn't have entered because I hold our country's politicians in the highest regard. Senator Merkley I wanted to write this letter in good faith to you so you know there was zero malicious intent behind my actions that day.

   Sincerely,
       Francis Connor



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.  )<br><br>Francis Connor,  )<br><br>Defendant.  ) | Case No. 1:21-CR-0586<br><br>AFFIDAVIT |

State of New York    )
County of Onondaga   )

  I, Renata J. Hohl, being duly sworn, depose and say that:

1. I am a paralegal for the Office of the Federal Public Defender, Northern District of New York, which represents Francis Connor in this matter.

2. On August 23, 2022, at the request of Assistant Federal Public Defender John J. Gilsenan, I mailed a letter, via United States Postal Service, to Senator Jeff Merkley, 531 Hart Senate Office Bldg., Washington, D.C. 20510.

I declare under penalty of perjury that the foregoing is true and correct.

August 24, 2022

By:    s/ *Renata J. Hohl*
   Renata J. Hohl

1