UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA

    -v-                                            CASE NO: 1:21-CR-0586 (RC)

FRANCIS CONNOR,

           Defendant.

---

## MOTION TO WITHDRAW DOCUMENT

The undersigned hereby moves this Court to withdraw Defendant Connor's Sentencing Memorandum at Dkt. No. 55.   Upon filing Dkt. No. 55, Defense Counsel noticed a typographical error and promptly re-filed the Sentencing Memorandum (Dkt. No. 56). Therefore, Dkt. No. 55 is moot and Counsel requests that it be withdrawn and/or stricken from the docket.

Thank you for your consideration.

DATED:     August 26, 2022                      LISA A. PEEBLES
           Syracuse, New York              Federal Public Defender

                                   By:    *s/John Gilsenan, Esq.*
                                         Assistant Federal Public Defender
                                         Bar Roll No. 700557
                                         Office of the Federal Public Defender
                                         4 Clinton Square, 3rd Floor
                                         Syracuse, New York 13202
                                         (315) 701-0080

cc: Kathryn Fifield, Assistant United States Attorney (via CM/ECF)